UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| MUKUND PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-00182-SCM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PAM BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

Mukund Patel, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. Patel claims that he is being improperly detained by United States Immigration and Customs Enforcement. [Dkt. 1, at 2]. Among other things, Patel requests that this Court order his release. [Dkt. 1, at 4].

Having reviewed Patel's Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is required to adjudicate his claims. Thus, the Court will require the Respondents to respond to Patel's pleading within 14 days.[1]

Accordingly, **IT IS ORDERED** as follows:

1) The Clerk of the Court is directed to send a copy of Patel's Petition [Dkt. 1] and this Order to the United States Attorney's Office for the Eastern District of Kentucky.

2) **Within 14 days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky is directed to file a response to Patel's pleading. The response

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to Patel's Petition.

should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.   The Respondents also should attach any relevant documentary evidence to the response brief.

3)    Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**.  The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 9th day of December, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky